IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff

Vs.                    Case No. 17-20074-JAR

JORGE PORTILLO-URANGA (01),
LUIS CHAVEZ (02),
MARTIN CASTANEDA-ONTIVEROS (04)
MARIO CARILLO-ELIAS (05),
DIANA CALZADA (07),
RODOLFO ZAMBRANO (09),
JESUS ARELLANES-PORTILLO (11),
LUIS REYES-URANGA (12),
JOSE ARTURO BEJARANO-SOSA (13),

    Defendants

## SCHEDULING ORDER

The Court held a status conference on April 30, 2018, at which time counsel requested dates for pretrial deadlines, motions hearing and trial date. The Court has determined that the deadlines discussed at the status conference should be adopted, and that any period of delay resulting from the schedule below shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

**WHEREFORE**, the following deadlines are hereby established. All pretrial motions for all defendants shall be filed on or before December 14, 2018. Responses to all pretrial motions shall be submitted on or before January 7, 2019. A pretrial motions hearing is set for February 11, 2019 at 9:00 a.m. If no motions or notices are timely filed, a status conference will be held at that time. The jury trial is set to begin on April 1, 2019 at 9:00 a.m. Estimated time of trial is five weeks.

**IT IS FURTHER ORDERED** that the time from April 30, 2018, until the date of the jury trial, April 1, 2019, is excludable under the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

**IT IS SO ORDERED**.

Dated: April 30, 2018

    S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

Case 2:17-cr-20074-JAR   Document 97   Filed 04/30/18   Page 3 of 3